```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**MORRIS PEREZ, JR.**                                    CIVIL ACTION

**VERSUS**                                               NO. 05-17

**HOME CARE SUPPLY, INC., ET AL.**                       SECTION B(2)

ORDER

Before the Court is Plaintiff's Motion to Remand (Rec. Doc. No. 22). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No opposition has been filed eight days prior. Additionally, counsel for Defendant Home Care Supply, Inc., called the Court to advise that it would not file any opposition. Accordingly, this motion is deemed to be unopposed, and further it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **REMANDED** to Civil District Court for the Parish of Orleans, State of Louisiana, Division N, Case Number 04-16636.

New Orleans, Louisiana, this the 15th day of February, 2006.

UNITED STATES DISTRICT JUDGE